Commonwealth ex rel. Sanders, Appellant, *v.* Maroney.

Submitted January 7, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*William Sanders,* appellant, in propria persona.

*Thomas A. Pitt, Jr.,* Assistant District Attorney, and *A. Alfred Delduco,* District Attorney, for appellee.

OPINION BY MR. CHIEF JUSTICE BELL, March 22, 1966:

This is an appeal from an Order of the Court of Common Pleas of Chester County dismissing without a hearing relator's second habeas corpus petition. An order dismissing relator's first petition was affirmed by this Court in *Commonwealth ex rel. Sanders v. Maroney,* 417 Pa. 380, 207 A. 2d 789 (1965). The instant petition presents no additional or new facts. It is controlled by *Commonwealth ex rel. Sanders v. Maroney,* 417 Pa., supra, and *Commonwealth ex rel. Swilley v. Maroney,* 420 Pa. 419, 218 A. 2d 242 (1966).

Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.